

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 2 7 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL D. RAETZ ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 1:19-CV-03644 |
| ) | |
| ADP (Automatic Data Processing), ) | Judge Elaine E. Bucklo |
| ) | Magistrate Judge Susan E. Cox |
| Defendant ) | |

### Plaintiff's Mandatory Initial Discovery Disclosures

Michael D. Raetz, representing myself, pro se, for its Mandatory Initial Discovery Disclosures, states as follows:

1. **State the names and, if known, the addresses and telephone numbers of all person who you believe are likely to have discoverable information relevant to plaintiff's claim, and provide a fair description of the nature of the information each such person is believed to possess.**

    Answers:

    **Michael D. Raetz**

    **Booker Eubanks**
    Current employee, Manager, Central Region, ADP TotalSource Risk Management. Job duties include facilitating / leading monthly conference call with all Central Region Risk Safety employees. Facilitated regularly scheduled monthly conference call on Monday, November 6, 2017. Asked participants about recent required training sessions in Alpharetta, GA and Pleasanton, CA. Was told by plaintiff about disparaging remarks made by trainer repeatedly, on October 25 and 26, 2017 at the Alpharetta, GA session pursuant to ADP *Harassment, Discrimination, and Retaliation Policy and Complaint Procedure.*

    Co-interviewed plaintiff on March 16, 2018 for ADP TotalSource Risk Management California Region Manager position.

    **Scott Gooch**
    Current employees, ADP Risk Management. Was a co-trainer during the required training sessions in Alpharetta, GA on October 24, 25, and 26, 2017.

**Caleb Grant**
    Current employee, co-interviewed plaintiff on March 16, 2018 for ADP TotalSource Risk Management California Region Manager position.

**Art Brittain**
    Former employee, decision maker on internal job opportunity as Manager, ADP TotalSource Risk Management California Regional Manager position.

**Casey Sedden**
    Current employee. While participating in regularly schedule monthly conference call for ADP Risk Management Central Region on Monday November 6, 2017, verbally concurred with plaintiff's complaint made to manager about remarks made against employees of a protected group at the mandatory training session in Alpharetta, GA on October 25 and 26, 2017.

**Armand Giannani**
    Former employee. Witnessed repeated disparaging comments against employees of a protected group made by trainer repeatedly, on October 25 and 26, 2017 at the Alpharetta, GA session.

**Dennis Haynes**
    Former employee. Witnessed repeated disparaging comments against employees of a protected group made by trainer repeatedly, on October 25 and 26, 2017 at the Alpharetta, GA session.

**Paul Jumonville**
    Current employee. Witnessed repeated disparaging comments against employees of a protected group made by trainer repeatedly, on October 25 and 26, 2017 at the Alpharetta, GA session.

2. **State the names and, if known, the addresses and telephone numbers of all persons who you believe have given written or recorded statements relevant to any parties claims.**

<u>Answer:</u>    None.

3. **List the documents, electronically stored information, tangible things, land, or other property known by you to exist whether or not in your possession, custody or control, they believe may be relevant to any party claim.**

<u>Answer:</u>

ADP TotalSource Risk Management Department has 1) list of employees who were witnesses to disparaging remarks against protected group of participants who attended a mandatory training session in Alpharetta, Georgia on October 24, 25 and 26, 2017, 2) transcript of regularly scheduled

monthly meeting on Monday, November 6, 2017 of ADP TotalSource Risk Management Central Region,  3) transcript of job interview for plaintiff on Friday, March 16, 2018 for ADP TotalSource Risk Management California Manager position   4) transcripts of job interviews for all candidates interviewed prior to March 20, 2018 for ADP TotalSource Risk Management California Manager position,  5) evaluation results to determine familiarity with California Worker's Compensation laws and regulations for plaintiff and all candidates for ADP TotalSource Risk Management California Manager position in 2018,  6) list of all ADP TotalSource Risk Management California Managers from 2006 to 2019, their residency while manager for ADP TotalSource Risk Management employees working in California,   7) the tenure of each ADP TotalSource Risk Management Manager for the California region between 2006 and 2019

**4.    For each of your claims, state the facts relevant to it and legal theories upon which it is based.**

**Answer:**

1) 1) While attending a mandatory employee training session on October 24, 25 and 26 2017, training facilitator, Kerri McCort,   gave verbal instructions to all participants, During the afternoon of October 25 and throughout October 26, prior to group exercises, for the " **old-timers, make sure you sit at a table with a millennial**" and "**millennials, make sure you are sitting at a table with old-timers**".   This caused a protected group of employees to feel they are potentially incapable of learning, and applying recently taught skills.  2) During the regularly scheduled monthly meeting on Monday, November 6, 2017 of ADP TotalSource Risk Management Central Region, Manager Booker Eubanks, asked participants what they thought of the mandatory training session listed above. Plaintiff stated that he was unsure of why we were required to attend the training session since the facilitator repeatedly stated comments that old-timers would require assistance from millennials.  Booker Eubanks asked if anybody else on the November 6 conference call heard those comments and current employee, Casey Sedden confirmed that those comments were made.  Booker Eubanks stated he would " bubble that feedback up". Pursuant to ADP policy regarding harassment, discrimination and retaliation,  the first step is to notify employees manager. This was completed on this call.  3) during the interview for the ADP TotalSource Risk Management California Manager position on Friday, March 16, interviewers Caleb Grant and Booker Eubank, commented on plaintiff's qualifications. Caleb Grant began the interview by stating " when I look at your resume, I have to be honest,  why aren't you applying for a CRE, or (other similar middle-management positions)  4) Employee selected for  ADP TotalSource Risk Management, California Manager position had 11 months experience with ADP TotalSource Risk Management and lacked equal background  to plaintiff in managing employees 5) interview for manager position did not include evaluation of familiarization with California Workers compensation laws 6)  Most  ADP TotalSource Risk Management  managers have not been required to live in California at any time including the current manager.  Managers have had residency in Georgia, Arizona, Texas and New Hampshire.

5.      provide a computation of each category of damages claimed by you, and description of the documents or other evidentiary material in which it is based, including materials bearing on the nature and extent of the injuries suffered.

**Answer:** Financial loss of promotional California Manager position and emotional stress caused by retaliation by defendant against plaintiff.

Dated: August 26, 2019

Respectfully submitted,

_____
Michael D. Raetz (plaintiff)
5N711 Santa Fe Trail
Bloomingdale, IL 60108
(630) 202-1241