**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL D. RAETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-CV-03644 |
| ) | |
| ADP (Automatic Data Processing), ) | Judge Elaine E. Bucklo |
| ) | Magistrate Judge Susan E. Cox |
| Defendant. ) | |

**Rule 26(f) Initial Planning Report**

Defendant, ADP TotalSource Services, Inc., by its attorneys FordHarrison LLP, for its Rule 26(f) Initial Planning Report[1], states as follows:

1. <u>The Nature of the Case</u>

    A. **Identify the attorneys of record for each party, including the lead trial attorney.**

    **Plaintiff's Attorney of Record:** N/A.

    **Defendant's Attorneys of Record**: Kimberly Ross (lead trial attorney) and Becky Kalas

    B. **State the basis for federal jurisdiction**.

    Alleged: ADEA by 29 U.S.C. Sec. 626(c).

    C. **Describe the nature of the claims asserted in the complaint and any counterclaims.**

---

[1] Counsel for Defendant requested on multiple occasions beginning on August 21, 2019 for Plaintiff to provide a draft Rule 26(f) Initial Planning Report and explained what it was and with a link of where it could be found. Counsel explained that once Plaintiff presented a draft plan of the discovery he wanted, they could work on the plan together and also to let counsel for Defendant know if he felt he could not prepare the draft. After not receiving a draft Report, Counsel for Defendant prepared a draft and emailed it to Plaintiff for his review and comments. Rather than working together on that draft, Plaintiff filed his own "Plaintiff's Mandatory Initial Discovery Plan (MIDP)" on September 9, 2019. Therefore, in order to provide the court with the required information, Defendant is presenting its own report.

        Plaintiff alleges he was denied a promotion due his age. He also alleges he was subjected to disparaging remarks about his age at a training session in October 2017.

2. <u>Pending Motions and Case Plan</u>

    A. **Identify all pending motions**.

    None.

    B. **Confirm that the parties have read the district court's standing order for the MIDP program. Describe your discussions regarding MIDP, including resolved and unresolved disagreements regarding such discovery**.

    No disagreements at this time.

    C. **Submit a proposal for a discovery plan, including the following information:**

    1. **The type of discovery needed**;

        Defendant will seek records from Plaintiff that support his allegations that he was denied promotions due to his age. Defendant will seek information and documents to support his allegations that he was subjected to conduct that rises to the level of actionable age discrimination and harassment. Defendant will seek to depose non-employee witnesses disclosed by Plaintiff in his MIDP disclosures.

    2. **A date to issue written discovery**;

        October 7, 2019.

    3. **A fact discovery completion date**;

        May 1, 2020.

    4. **An expert discovery completion date, including dates for the delivery of expert reports**;

        None anticipated at this time.

    5. **A date for final supplementation of MIDP; and**

        February 1, 2020.

      **6.    A date for the filing of dispositive motions**.

      June 1, 2020.

  D.  **Discuss the anticipated scope, if any, of electronically stored information ("ESI") in the case and the potential methodologies for identifying ESI for production. Submit the parties' agreements regarding ESI and identify any areas of disagreement regarding ESI**.

      Defendant will seek all electronic information from Plaintiff, including all emails, text messages, and the like, regarding his allegations that he was subjected to age discrimination and denied promotions based on his age.

  E.  **Indicate whether a jury is requested, the probable length of trial, and the earliest possible date when the case will be ready for trial**.

      Plaintiff made a request for a jury.

3.  Consent to Proceed Before a Magistrate Judge
**(Indicate whether the parties unanimously consent to proceed before a Magistrate Judge).**

The parties ==do/do not== consent to proceed before the Magistrate Judge.[2]

4.  Status of Settlement Discussions

  A.  **Indicate whether any settlement discussions have occurred**;
  B.  **Describe the status of any settlement discussions; and**
  C.  **Specify whether the parties request a settlement conference**.

No settlement discussions have occurred, and none are anticipated at this time.

          Respectfully submitted,

          ADP TotalSource Services, Inc.

          By:    s/ Kimberly A. Ross
                    Attorney for Defendant

Kimberly A. Ross
ARDC #6231248
kross@fordharrison.com
Becky L. Kalas
ARDC #6279983
bkalas@fordharrison.com

---

[2] Plaintiff's position on this is unknown at this time.

FORDHARRISON LLP
180 North Stetson Avenue, Suite 1660
Chicago, IL 60601
(312) 332-0777 – Telephone

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing RULE 26(f) INITIAL PLANNING REPORT was filed electronically with the Northern District of Illinois on September 9, 2019, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this RULE 26(f) INITIAL PLANNING REPORT was accomplished electronically through the ECF System on the following ECF registered filing users:

Michael D. Raetz:    mraetz12@comcast.com

s/ Kimberly A. Ross
Attorney for Defendant
Kimberly A. Ross
IL ARDC #6231248

Kimberly A. Ross
ARDC #6231248
kross@fordharrison.com
Becky L. Kalas
ARDC #6279983
bkalas@fordharrison.com
FORDHARRISON LLP
180 North Stetson Avenue, Suite 1660
Chicago, Il 60601
(312) 332-0777 – Telephone
(312) 332-6130 – Facsimile

WSACTIVELLP:10797335.1