IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael D. Raetz, | ) | |
|        Plaintiff, | ) | |
| v. | ) | Case No. 19 CV 03644 |
| | ) | |
| ADP, | ) | |
|        Defendant. | ) | |

**Motion For Relief From Appointment**

NOW COMES Joanna Maria Kielczewski Kellogg, Of Counsel at Kellogg Law Group, LLC, and pursuant to Local Rule 83.3(a)(2) and (4), requests relief of assignment in the matter at bar as ordered on August 18, 2020, and in support thereof, states as follows:

1. Both sections -- Local Rule 83.3(a)(2) and (4) -- apply to my present circumstances, which I have seriously weighed and considered. I lack the time necessary to represent the party. Additionally, the scope of my practice has not included employment law for almost two decades.
2. This is my first request to seek relief from an order of assignment.
3. I do not seek this relief lightly, I have reviewed said Local Rule, and I am aware of and accept the consequences of any potential relief of assignment.
4. I have also given consideration to voluntarily withdrawing from the trial bar. My membership was only recently renewed after a lapse of several months, and I have not practiced before the court in several years.

WHEREFORE, Joanna Maria Kielczewski Kellogg, respectfully requests that the Court grants my request to be relieved from appointment of counsel for Plaintiff under Local Rule 83.38 (a)(2) and/or (a)(4).

Dated: September 21, 2020                  Respectfully submitted,

By: /s/ Joanna M. K. Kellogg
525 W. Hawthorne Place, Suite 901
Chicago, IL 60657
(773) 251-6214
joannamkellogg@me.com

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2020, I caused a copy of my Motion for Relief from Appointment to be served via the Court's electronic filing system on counsel of record.

By: /s/ Joanna M. K. Kellogg